**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**October 10, 2003**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-30489
Summary Calendar

DWIGHT ULMER,

                                        Petitioner-Appellant,

versus

JAMES LEBLANC,

                                        Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 03-CV-812-B
--------------------

Before GARWOOD, JOLLY, and JONES, Circuit Judges.

PER CURIAM:*

     Dwight Ulmer, Louisiana prisoner # 392050, was convicted of

possession of marijuana with intent to distribute and was

sentenced to 15 years of imprisonment.  Ulmer seeks a certificate

of appealability ("COA") to appeal the district court's order

transferring his successive 28 U.S.C. § 2254 application to this

court.

     We must examine the basis of our jurisdiction sua sponte if

necessary.  Hill v. City of Seven Points, 230 F.3d 167, 169 (5th

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Cir. 2000).  An order transferring a successive 28 U.S.C. § 2254 application to the court of appeals is a non-appealable interlocutory order.  <u>See</u> <u>Brinar v. Williamson</u>, 245 F.3d 515, 516-18 (5th Cir. 2001).  This court is without jurisdiction to consider Ulmer's case.  <u>See</u> <u>id.</u>  Accordingly, the appeal is DISMISSED for lack of jurisdiction.  Ulmer's motion for a COA is DENIED.

APPEAL DISMISSED; MOTION DENIED.